Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>　　　　Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING BREIFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION**<br><br>Date:　　January 25, 2024<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2<br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:　　　　None Set |

Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Oura Ring, Inc. and Oura Health, Ltd. ("Defendants") submitted a Stipulation Regarding Briefing Schedule For Motion to Compel Arbitration. The Court hereby finds as follows:

WHEREAS, Defendants filed a Motion to Compel Arbitration on September 28, 2023 (ECF No. 16);

WHEREAS, Plaintiff's Opposition to the Motion to Compel Arbitration is currently due on October 12, 2023;

WHEREAS, Defendants' Reply brief is currently due on October 19, 2023;

WHEREAS, the hearing on Defendants' Motion to Compel Arbitration is set for January 25, 2024;

WHEREAS, attorneys for Plaintiff have other case commitments that will significantly hinder their ability to file an Opposition by October 12; and

WHEREAS, the Parties believe that they will benefit from additional time to brief this important issue.

The Court hereby orders that the Stipulation Regarding Briefing Schedule For Motion to Compel Arbitration is granted.

IT IS SO ORDERED.

DATED: 10/5/2023          By: _____
                              Hon. Haywood S. Gilliam, Jr.