PETER C. McMAHON (SBN. 161841)
MCMAHON SEREPCA LLP
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Tel:  650-637-0600
Fax:  650-637-0700
Email: peter@msllp.com

Attorneys for Defendants
OURARING INC. & OURA HEALTH OY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PETER ATTIA, an individual<br><br>                    Plaintiff,<br><br>          v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>                    Defendants. | CASE NO.  4:23-cv-03433 -HSG<br><br>**STIPULATION RE: STAY OF DISTRICT COURT ACTION PENDING APPEAL; AND [PROPOSED] ORDER STAYING CASE**<br><br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:        None Set |

This Stipulation is made and entered into pursuant to Local Rule 7-12 and the Court's Minute Order of April 16, 2024.  Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Ouraring, Inc. and Oura Health, Ltd. ("Defendants") hereby state as follows:

**WHEREAS**, Defendants filed a Motion to Compel Arbitration on September 28, 2023 (ECF No. 16);

**WHEREAS**, on April 1, 2024, the Court issued an Order Denying Defendants' Motion to Compel and to Dismiss Or, in the Alternative, Stay Proceedings (ECF No. 31);

**WHEREAS**, on April 16, 2024, the Court issued a Minute Order directing the Parties to, among other things, file a Stipulation to Stay the Case in the event that Defendants appealed the Court's Order of April 1, 2024 (ECF No. 34);

**WHEREAS**, on April 18, 2024, Defendants filed a Notice of Appeal (ECF No. 33);

**WHEREAS**, the Parties have reviewed the holding of the United States Supreme Court's ruling in *Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915 (2023), and the Parties agree that the District Court action should be Stayed pending resolution of the Appeal.

**NOW THEREFORE**, the Parties stipulate as follows:

1.     United States District Court for the Northern District of California Case No. 4:23-cv-03433 should be Stayed by the District Court pending resolution of the Appeal.

DATED:  May 13, 2024                    MCMAHON SEREPCA LLP


By:   */s/ Peter C. McMahon*
      Peter McMahon
      Attorneys for Defendants

TED:  May 13, 2024                      COBLENTZ PATCH DUFFY & BASS LLP


By:   */s/Ben Pulliam*
      Ben Pulliam
      Attorneys For Plaintiff

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: _____, 2024       _____

4                                                  HON. HAYWOOD S. GILLIAM, JR.
                                                   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), each of the other signatories to this document have concurred in the filing of this document.

DATED:  May 13, 2024                            MCMAHON SEREPCA LLP


By:     */s/ Peter C. McMahon*
                        _____
                        Peter C. McMahon
                        Attorneys for Defendants

STIPULATION RE: STAY OF DISTRICT COURT ACTION PENDING APPEAL