PETER C. McMAHON (SBN. 161841)
MCMAHON SEREPCA LLP
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Tel:  650-637-0600
Fax:  650-637-0700
Email: peter@msllp.com

Attorneys for Defendants
OURARING INC. & OURA HEALTH OY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, an individual<br><br>         Plaintiff,<br><br>     v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>         Defendants. | CASE NO.  4:23-cv-03433<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Haywood S Gilliam, Jr.<br><br>Crtrm.: 2, 4th Floor. |

In accordance with this Court's May 14, 2024 Order GRANTING the parties' stipulation to stay the case pending resolution of the appeal, and further DIRECTING the parties to file a joint status report regarding the status of the pending appeal, Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Ouraring, Inc. and Oura Health, Ltd. ("Defendants"), hereby submit their Joint Status Report to the Court.

## STATUS OF APPEAL

On July 5, 2024, Appellants Oura Ring, Inc. and Oura Health, Ltd. filed their Opening Brief. On September 4, 2024, Appellee Dr. Peter Attia submitted his Answering Brief. Appellants will file their Reply Brief in late October 2024, or early November 2024. There is currently no indication as to whether or when there will be oral argument.

DATED: September 12, 2024            COBLENTZ PATCH DUFFY & BASS LLP

By:   /s/ Benjamin C. Pulliam
      BENJAMIN C. PULLIAM
      Attorneys for Plaintiff
      Dr. Peter Attia

DATED: September 12, 2024            MCMAHON SEREPCA LLP

By:   /s/Peter C. McMahon
      PETER C. MCMAHON
      Attorneys for Defendants
      Ouraring, Inc. and Oura Health, Ltd.

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), each of the other signatories to this document have concurred in the filing of this document.

DATED: September 12, 2024          MCMAHON SEREPCA LLP


                                   By:  */s/Peter C. McMahon*
                                        PETER C. MCMAHON
                                        Attorneys for Defendants
                                        Ouraring, Inc. and Oura Health, Ltd.

**JOINT CASE MANAGEMENT STATEMENT**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Civil L.R. 5-1, I hereby certify that, on the date stated above, counsel of record for Plaintiff, who has appeared in this case, will be immediately served with a copy of the foregoing via the Court's CM/EDF system.

Dated: September 12, 2024

*/s/Peter C. McMahon*
Peter C. McMahon, Esq.
MCMAHON SEREPCA LLP
Attorneys for Defendants