PETER C. McMAHON (SBN. 161841)
MCMAHON SEREPCA LLP
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Tel:  650-637-0600
Fax:  650-637-0700
Email: peter@msllp.com

Attorneys for Defendants
OURARING INC. & OURA HEALTH OY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>Defendants. | CASE NO.  4:23-cv-03433-HSG<br><br>**NOTICE OF INDIRECTLY RELATED CASE**<br><br>Judge:  Hon. Haywood S Gilliam, Jr.<br><br>Crtrm.: 2, 4th Floor. |

Defendants Oura Health Oy and Ouraring Inc. (erroneously sued as "Oura Ring, Inc.") (collectively "Defendants") hereby provide notice of an indirectly related case, which, as compared to the present case: (i) shares Defendants as defendants; (ii) shares some similar factual allegations in the respective Complaints allegedly engaged in by the same alleged actor; (iii) share some similar alleged time frames; and (iv) because of the foregoing share some identical issues.

Defendants desire to alert the United States District Judge in the present case (Hon. Haywood S. Gilliam, Jr.) that the indirectly related case is currently pending in this Court before the Hon. Vince Chhabria.  Defendants desire to bring the existence of the indirectly related case to this Court's consideration for its potential *sua sponte* action pursuant to Civil Local Rule 3-12(c), and/or its case management and discovery management considerations as the case progresses.

**NOW THEREFORE, TO THE COURT AND THE PARTIES OF RECORD, PLEASE TAKE NOTICE** of the following indirectly related case:

**Brees Company, Inc v. Oura Health Oy, Oura Ring, Inc.**, (Northern District of California Case No. 43:24-CV-08548-VC).

Dated:  December 13, 2024                                           MCMAHON SEREPCA LLP

                                                                                           */s/ Peter C. McMahon*
                                                                                            Peter C. McMahon, Esq.
                                                                                            Attorneys for Defendants

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Civil L.R. 5-1, I hereby certify that, on the date stated above, counsel of record for Plaintiff, who has appeared in this case, will be immediately served with a copy of the foregoing via the Court's CM/EDF system.

Dated: December 13, 2024

/s/Peter C. McMahon
Peter C. McMahon, Esq.
MCMAHON SEREPCA LLP
Attorneys for Defendants