RICHARD R. PATCH (State Bar No. 88049)
SABRINA A. LARSON (State Bar No. 291661)
BENJAMIN C. PULLIAM (State Bar No. 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-szl@cpdb.com
       ef-bcp@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, | Case No. 4:23-cv-03433-HSG |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| OURA RING, INC., and OURA HEALTH LTD., | |
| Defendants. | |

In accordance with this Court's May 14, 2024 Order [ECF 41] GRANTING the parties' stipulation to stay the case pending resolution of the appeal, and further DIRECTING the parties to file a joint status report regarding the status of the pending appeal 120 days from date of that Order and every 120 days thereafter, Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Ouraring, Inc. and Oura Health, Ltd. ("Defendants"), hereby submit their Joint Status Report to the Court.

## STATUS OF APPEAL

On July 5, 2024, appellants Oura Ring, Inc. and Oura Health, Ltd. filed their Opening Brief. On September 4, 2024, Appellee Dr. Peter Attia submitted his Answering Brief. Appellants will filed their reply brief on October 25, 2024. Oral argument is scheduled for February 13, 2025.

DATED: January 9, 2025                COBLENTZ PATCH DUFFY & BASS LLP


By:   */s/ Benjamin C. Pulliam*
      BENJAMIN C. PULLIAM
      Attorneys for Plaintiff
      DR. PETER ATTIA

DATED: January 9, 2025                MCMAHON SEREPCA LLP


By:   */s/ Peter C. McMahon*
      PETER C. MCMAHON
      Attorneys for Defendants
      Ouraring, Inc. and Oura Health, Ltd.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

019438.0001 4923-0920-3214.3          2          Case No. 4:23-cv-03433-HSG
JOINT STATUS REPORT

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing of this document.

DATED: January 9, 2025                COBLENTZ PATCH DUFFY & BASS LLP


By:  *Benjamin C. Pulliam*
     BENJAMIN C. PULLIAM
     Attorneys for Plaintiff
     DR. PETER ATTIA