BUCHALTER
A Professional Corporation
MATTHEW S. COVINGTON (SBN:  154429)
SAMUEL D. SAZER (SBN:  313037)
425 Market Street, Suite 2900
San Francisco, CA  94105
415.227.0900
mcovington@buchalter.com;
sazer@buchalter.com

JOSHUA M. ROBBINS (SBN:  270553)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612
949.760.1121
jrobbins@buchalter.com

MCMAHON SEREPCA LLP
PETER C. MCMAHON (SBN:  161841)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
650.637.0600
peter@msllp.com

Attorneys for Defendants
Ouraring, Inc. and Oura Health Oy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>        Plaintiff,<br><br>  vs.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>        Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE SUMMARY ADJUDICATION AND ADR** |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

Plaintiff and Defendants enter into the following Amended Stipulation:

<u>RECITALS</u>

1.    At the Court's direction on June 3, 2025 (as Dkt # 64) the parties previously filed a Stipulation and [Proposed] Order Re (1) Summary Adjudication on Choice of Law, and (2) ADR ("Stipulation"), and on June 5, 2025 the Court signed an order concerning the same.   The Stipulation provided, among other things, that Defendants would file an early summary adjudication motion addressing just the issue of choice of law by July 31, 2025, and that the parties would complete ADR within 45 days of the date the Court rules on such motion.

2.    In light of the fast approaching fact discovery cut off, for reasons previously discussed by the parties and the Court, and having met and conferred further with Plaintiff, Defendants we have decided not to file an early separate motion as to only the choice of law issue by the deadline set in the Stipulation.   Instead, Defendants currently plan to file a dispositive motion so that it can be heard by the dispositive motion hearing cut-off date set by the Court (currently January 22, 2026) after there is a more fully developed factual record.  While Defendants currently intend that such motion will address choice of law, it likely also will address the merits of several claims.   Plaintiff reserves the right to oppose any such motion on any and all grounds.

3.    The parties desire to amend their Stipulation to reflect the revised approach described above, and to set a revised deadline for completing ADR that does not depend upon the Court ruling on the choice of law issue.

The parties hereby stipulate that the Stipulation is no longer binding and is replaced with the following provisions:

A.    Plaintiff and Defendants shall at their discretion file any dispositive motion(s) (including without limitation motions for summary judgment and/or partial summary judgment) early enough so that it/they can be heard before the January 22, 2026 dispositive motion cut off set forth in the Court's May 30, 2025 Scheduling Order.

B.    The parties agree to mediation as the form of ADR for this matter. The parties will complete the mediation within 45 days of the October 24, 2025 close of fact discovery. The

1   parties will continue to meet and confer as to whether they will pursue mediation with a private

2   mediator or a court appointed mediator.

3   DATED:  July 11, 2025                    BUCHALTER
                                             A Professional Corporation
4

5

6                                            By:  ___/s/ Matthew S. Covington___
                                                  MATTHEW S. COVINGTON
7                                                 JOSHUA M. ROBBINS
                                                  SAMUEL D. SAZER
8                                                 Attorneys for Defendants
                                                  Ouraring, Inc. and Oura Health Oy
9

10  DATED:  July 11, 2025                    COBLENTZ PATCH DUFFY & BASS LLP

11

12                                           By:  ___/s/ Benjamin C. Pulliam___
                                                  RICHARD R. PATCH
                                                  SABRINA A. LARSON
13                                                BENJAMIN C. PULLIAM
                                                  Attorneys for Plaintiff
14                                                Dr. Peter Attia

15

16                    **ATTESTATION OF SIGNATURES**

17          Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing

18  of this document.

19  DATED:  July 11, 2025                    BUCHALTER
                                             A Professional Corporation
20

21

22                                           By:  ___/s/ Matthew S. Covington___
                                                  MATTHEW S. COVINGTON
23                                                JOSHUA M. ROBBINS
                                                  SAMUEL D. SAZER
24                                                Attorneys for Defendants
                                                  Ouraring, Inc. and Oura Health Oy

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

3

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court makes the following order:

1.      The Court's prior order of June 5, 2025 (Dkt. # 66) concerning the subject matters set forth in the Stipulation is no longer binding.

2.      Plaintiff and Defendants may at their discretion file any dispositive motion(s) (including without limitation motions for summary judgment and/or partial summary judgment) early enough so that it/they can be heard before the January 22, 2026 dispositive motion cut off set forth in the May 30, 2025 Scheduling Order.

3.      The parties will complete a mediation in this matter within 45 days of the October 24, 2025 close of fact discovery in this matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

4

AMENDED STIPULATION AND [PROPOSED] ORDER
BN 90932473v3

CASE NO. 4:23-cv-03433-HSG