**BUCHALTER**
A Professional Corporation
MATTHEW S. COVINGTON (SBN: 154429)
SAMUEL D. SAZER (SBN: 313037)
425 Market Street, Suite 2900
San Francisco, CA 94105
415.227.0900
mcovington@buchalter.com;
ssazer@buchalter.com

JOSHUA M. ROBBINS (SBN: 270553)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
949.760.1121
jrobbins@buchalter.com

**MCMAHON SEREPCA LLP**
PETER C. MCMAHON (SBN: 161841)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
650.637.0600
peter@msllp.com

Attorneys for Defendants
Ouraring Inc and Oura Health Oy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>Plaintiff,<br><br>vs.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**JOINT STIPULATION TO BRIEFING SCHEDULE OF DR. PETER ATTIA'S MOTION TO STRIKE AFFIRMATIVE DEFENSES IN DEFENDANTS OURARING INC AND OURA HEALTH OY'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER (as modified)** |

1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

JOINT STIPULATION TO BRIEFING SCHEDULE
OF DR. PETER ATTIA'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES
BN 92351892v2

CASE NO. 4:23-cv-03433-HSG

Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Ouraring Inc and Oura Health Oy ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiff filed his Motion to Strike Affirmative Defenses in Defendants Ouraring Inc and Oura Health Oy's Answer to Plaintiffs' Second Amended Complaint ("Motion to Strike") on August 5, 2025;

WHEREAS, Defendants intend to file an amended answer pursuant to FRCP 15, which would be due on August 26, 2025; Defendants believe that the amended answer would moot the Motion to Strike;

WHEREAS, absent this stipulation Defendants' response to the Motion to Strike would otherwise be due on August 19, 2025.

## STIPULATION

WHEREFORE, that in order to avoid potentially unnecessary expenses, the Parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants will file their amended answer by August 26, 2025;
2. Plaintiff will have until September 2, 2025 to decide whether to withdraw his Motion to Strike;
3. If Plaintiff decides not to withdraw his Motion to Strike, Defendants will have until September 9, 2025 to file an opposition to the Motion to Strike.

DATED: August 15, 2025

BUCHALTER
A Professional Corporation

By: /s/ Matthew S. Covington
MATTHEW S. COVINGTON
JOSHUA M. ROBBINS
SAMUEL D. SAZER
Attorneys for Defendants
Ouraring Inc and Oura Health Oy

2

JOINT STIPULATION TO BRIEFING SCHEDULE
OF DR. PETER ATTIA'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES

CASE NO. 4:23-cv-03433-HSG

BUCHALTER
A Professional Corporation
San Francisco

BN 92351892v2

| | |
|---|---|
| DATED: August 15, 2025 | COBLENTZ PATCH DUFFY & BASS LLP |

By:    /s/ Benjamin C. Pulliam
              RICHARD R. PATCH
             BENJAMIN C. PULLIAM
              SARAH E. PETERSON
             OLIVER W. HAMILTON
                EVAN CAMPBELL
             Attorneys for Plaintiff
                 Dr. Peter Attia

**ATTESTATION OF SIGNATURES**

     Pursuant to L.R. 5-1(b)(3), the other signatory to this document has concurred in the filing of this document.

DATED: August 15, 2025          BUCHALTER
                                            A Professional Corporation

By:    /s/ Matthew S. Covington
            MATTHEW S. COVINGTON
              JOSHUA M. ROBBINS
               SAMUEL D. SAZER
           Attorneys for Defendants
      Ouraring Inc and Oura Health Oy

3

JOINT STIPULATION TO BRIEFING SCHEDULE OF DR. PETER ATTIA'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

CASE NO. 4:23-cv-03433-HSG

BN 92351892v2

BUCHALTER
A Professional Corporation
San Francisco

# **ORDER**

IT IS SO ORDERED.  Any reply will be due September 16, 2025.

DATED:   8/18/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

JOINT STIPULATION TO BRIEFING SCHEDULE
OF DR. PETER ATTIA'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES
BN 92351892v2

CASE NO. 4:23-cv-03433-HSG