RICHARD R. PATCH (State Bar No. 88049)
CHARMAINE G. YU (State Bar No. 220579)
BENJAMIN C. PULLIAM (State Bar No. 294628)
SARAH E. PETERSON (State Bar No. 309733)
OLIVER W. HAMILTON (State Bar No. 340054)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-cgy@cpdb.com
       ef-bcp@cpdb.com
       ef-sep@cpdb.com
       ef-owh@cpdb.com
       ef-egc@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>         Plaintiff,<br><br>    v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>         Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE THE KIM DEPOSITION AND FILE DISCOVERY MOTION; ORDER**<br><br>Local Civ. R. 6-1, 6-2, 7-12<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

019438.0001 4909-5872-0873.3                    1                    Case No. 4:23-cv-03433-HSG
**STIPULATION TO EXTEND DEADLINE TO COMPLETE THE KIM DEPOSITION AND FILE DISCOVERY MOTION; ORDER**

1   Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the Parties hereby stipulate to and request that

2   the Court permit Plaintiff Dr. Peter Attia to take the deposition of Defendant Oura Health Ltd.'s board

3   of directors member, Eurie Kim, on a date falling after the fact discovery cutoff time, and to extend the

4   current deadline for Plaintiff to move to compel further responses to any potential deposition questions

5   arising from the Kim deposition:

6   WHEREAS, on August 12, 2025, Plaintiff served a subpoena to produce documents on

7   Non-Party Forerunner Ventures, LLC ("Forerunner");

8   WHEREAS, Ms. Kim is a Partner at Forerunner, as well as the present Chairperson of the

9   Oura Health board of directors;

10  WHEREAS, on August 19, 2025, Plaintiff's counsel emailed Defendants' counsel to

11  schedule depositions for members of the Oura Health board of directors, including Ms. Kim, and

12  Defendants' counsel informed Plaintiff's counsel that Ms. Kim is represented by Kathleen

13  Goodhart of Cooley LLP;

14  WHEREAS, on August 20, 2025, Plaintiff's counsel emailed Ms. Goodhart to ask whether

15  she would accept service on behalf of Ms. Kim of documents related to the case, including

16  subpoenas to produce documents and for testimony at a deposition;

17  WHEREAS, on August 22, 2025, Ms. Goodhart confirmed her authority to accept service

18  for Ms. Kim via email;

19  WHEREAS, on August 25, 2025, Plaintiff received responses and objections to the

20  Forerunner subpoena from Ms. Goodhart;

21  WHEREAS, on September 4, 2025, Plaintiff's counsel met and conferred with Ms.

22  Goodhart regarding Forerunner's subpoena responses, and the scheduling of Ms. Kim's

23  deposition;

24  WHEREAS, following the meet and confer, Plaintiff's counsel emailed Ms. Goodhart

25  requesting October 1, 2025, for Ms. Kim's deposition;

26  WHEREAS, on September 10, 2025, Plaintiff's counsel followed up with Ms. Goodhart to

27  request additional dates for Ms. Kim's deposition, and Ms. Goodhart informed Plaintiff's counsel

28

1. that one of Defendants' attorneys, Matthew Covington, would be defending Ms. Kim's deposition, and that Plaintiff's counsel should confer with him regarding dates;

WHEREAS, Mr. Covington provided two dates for Ms. Kim's deposition, only one of which worked for Plaintiff's attorneys – October 28, 2025;

WHEREAS, Mr. Covington acknowledged that "[w]e realize 10/28 is past the cut off but are willing to allow the deposition to occur on that date";

WHEREAS, under Northern District of California Civil Local Rule ("Local Rule") 37-3 "a 'discovery cut-off' is the date . . . by which all depositions must be concluded[]";

WHEREAS, Local Rule 37-3 also provides "no discovery-related motions may be filed more than seven days after the discovery cut-off";

WHEREAS, the fact discovery cut off in this case is October 24, 2025;

WHEREAS, therefore, the deadline to move to compel further responses to the Kim deposition is seven days after that date, on October 31, 2025, which is only 3 days after the date of Ms. Kim's proposed deposition;

WHEREAS, the Parties agree that October 28, 2025, is the only date available to conduct Ms. Kim's deposition that is available to all the Parties and the witness, and in the interest of fairness, Plaintiff should have at least one week to prepare a motion to compel further responses arising from the Kim deposition;

WHEREAS, pursuant to Local Rule 6-2(a)(2), the Parties have not previously requested any time modifications in this case;

THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

1. Plaintiff may take the deposition of Eurie Kim on October 28, 2025; and
2. Plaintiff may file a motion to compel further responses to any questions arising from the Kim deposition on or before November 4, 2025.

/ / /

/ / /

/ / /

/ / /

1 **IT IS SO STIPULATED.**

2

3 DATED: September 23, 2025         COBLENTZ PATCH DUFFY & BASS LLP

4

5

6         By:    */s/ Charmaine G. Yu*
              CHARMAINE G. YU
7             Attorneys for Plaintiff
              DR. PETER ATTIA
8

9 DATED: September 23, 2025         BUCHALTER A Professional Corporation

10

11        By:    */s/ Matthew S. Covington*
              MATTHEW S. COVINGTON
12            Attorneys for Defendants
              OURARING, INC. and OURA HEALTH OY
13

## ATTESTATION OF SIGNATURES

Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing of this document.

DATED: September 23, 2025              COBLENTZ PATCH DUFFY & BASS LLP


By: _____/s/ Charmaine G. Yu_____
CHARMAINE G. YU
Attorneys for Plaintiff
DR. PETER ATTIA

019438.0001 4909-5872-0873.3                  5                   Case No. 4:23-cv-03433-HSG
**STIPULATION TO EXTEND DEADLINE TO COMPLETE THE KIM DEPOSITION AND FILE DISCOVERY MOTION; ORDER**

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: 9/24/2025

_____
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE