RICHARD R. PATCH (State Bar No. 88049)
CHARMAINE G. YU (State Bar No. 220579)
BENJAMIN C. PULLIAM (State Bar No. 294628)
SARAH E. PETERSON (State Bar No. 309733)
OLIVER W. HAMILTON (State Bar No. 340054)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-cgy@cpdb.com
       ef-bcp@cpdb.com
       ef-sep@cpdb.com
       ef-owh@cpdb.com
       ef-egc@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>       Plaintiff,<br><br>v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>       Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS**<br><br>Local Civ. R. 7-12<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Oura Ring, Inc. and Oura Health Ltd. ("Defendants") hereby enter into the following stipulation:

WHEREAS the Parties wish to address any disputes related to the authenticity of documents in advance of trial;

WHEREAS Plaintiff agree to stipulate that all documents that he has produced during the course of this litigation are authentic, true, and genuine copies of what they purport to be;

WHEREAS Defendants agree to stipulate that all documents produced by either one of

**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; [PROPOSED] ORDER**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1  them during the course of this litigation are authentic, true, and genuine copies of what they

2  purport to be;

3          WHEREAS the Parties agree that this stipulation does not extend to any evidentiary

4  concerns other than authenticity, and does not address hearsay, relevance, or any other issues of

5  admissibility.

6          **IT IS SO STIPULATED**.

7  DATED:  October 2, 2025                COBLENTZ PATCH DUFFY & BASS LLP

8

9                                          By:  _____*/s/ Charmaine G. Yu*_____

10                                              CHARMAINE G. YU
                                                Attorneys for Plaintiff

11                                              DR. PETER ATTIA

12

13  DATED:  October 2, 2025                BUCHALTER A Professional Corporation

14

15

16                                          By:  _____*/s/ Joshua M. Robbins*_____

                                                JOSHUA M. ROBBINS

17                                              Attorneys for Defendants
                                                OURARING, INC. and OURA HEALTH OY

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; [PROPOSED] ORDER**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing of this document.

DATED:  October 2, 2025                   COBLENTZ PATCH DUFFY & BASS LLP


By:  _____*/s/ Charmaine G. Yu*_____
        CHARMAINE G. YU
        Attorneys for Plaintiff
        DR. PETER ATTIA

**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; [PROPOSED] ORDER**

1

**[PROPOSED] ORDER**

2          Pursuant to Stipulation, **IT IS SO ORDERED**.

3

4     DATED: October ___, 2025

5                                        _____
                                         THE HON. HAYWOOD S. GILLIAM, JR.
6                                        UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; [PROPOSED] ORDER**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663