RICHARD R. PATCH (State Bar No. 88049)
CHARMAINE G. YU (State Bar No. 220579)
BENJAMIN C. PULLIAM (State Bar No. 294628)
SARAH E. PETERSON (State Bar No. 309733)
OLIVER W. HAMILTON (State Bar No. 340054)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-cgy@cpdb.com
       ef-bcp@cpdb.com
       ef-sep@cpdb.com
       ef-owh@cpdb.com
       ef-egc@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, | Case No. 4:23-cv-03433-HSG |
| Plaintiff, | **STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; ORDER** |
| v. | |
| OURA RING, INC., and OURA HEALTH LTD., | Local Civ. R. 7-12 |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Oura Ring, Inc. and Oura Health Ltd. ("Defendants") hereby enter into the following stipulation:

WHEREAS the Parties wish to address any disputes related to the authenticity of documents in advance of trial;

WHEREAS Plaintiff agree to stipulate that all documents that he has produced during the course of this litigation are authentic, true, and genuine copies of what they purport to be;

WHEREAS Defendants agree to stipulate that all documents produced by either one of

1  them during the course of this litigation are authentic, true, and genuine copies of what they
2  purport to be;
3      WHEREAS the Parties agree that this stipulation does not extend to any evidentiary
4  concerns other than authenticity, and does not address hearsay, relevance, or any other issues of
5  admissibility.
6      **IT IS SO STIPULATED**.
7  DATED:  October 2, 2025           COBLENTZ PATCH DUFFY & BASS LLP

                                    By:   */s/ Charmaine G. Yu*
                                          CHARMAINE G. YU
                                          Attorneys for Plaintiff
                                          DR. PETER ATTIA

13 DATED:  October 2, 2025           BUCHALTER A Professional Corporation

                                    By:   */s/ Joshua M. Robbins*
                                          JOSHUA M. ROBBINS
                                          Attorneys for Defendants
                                          OURARING, INC. and OURA HEALTH OY

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing of this document.

DATED: October 2, 2025          COBLENTZ PATCH DUFFY & BASS LLP

By: ____*/s/ Charmaine G. Yu*____
CHARMAINE G. YU
Attorneys for Plaintiff
DR. PETER ATTIA

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: 10/3/2025

_____
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE