RICHARD R. PATCH (State Bar No. 88049)
CHARMAINE G. YU (State Bar No. 220579)
BENJAMIN C. PULLIAM (State Bar No. 294628)
SARAH E. PETERSON (State Bar No. 309733)
OLIVER W. HAMILTON (State Bar No. 340054)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-cgy@cpdb.com
       ef-bcp@cpdb.com
       ef-sep@cpdb.com
       ef-owh@cpdb.com
       ef-egc@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, <br><br> Plaintiff, <br><br> v. <br><br> OURA RING, INC., and OURA HEALTH LTD., <br><br> Defendants. | Case No. 4:23-cv-03433-HSG <br><br> **STIPULATION TO EXTEND CERTAIN DISCOVERY AND DISPOSITIVE MOTION DEADLINES; ORDER** <br><br> Local Civ. R. 6-1, 6-2, 7-12 <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the Parties hereby stipulate to and request that
2   the Court permit Plaintiff Dr. Peter Attia ("Attia") and Defendants Oura Health Ltd. and Oura Ring,
3   Inc. (collectively, "Oura") (collectively with Attia, the "Parties") to take the deposition of a non-party,
4   Matthew Walker, after the fact discovery deadline as well as enlarge the time for the Parties to comply
5   with the expert discovery and dispositive motion deadlines set forth in the Court's Scheduling Order
6   (ECF 63):

7   WHEREAS, on May 27, 2025, the Court issued the Scheduling Order;

8   WHEREAS, since that date, the Parties have diligently and collaboratively engaged in
9   efforts to litigate their respective cases within the timelines set by the Court;

10  WHEREAS, Attia has produced seven volumes of documents, and Oura has produced five
11  volumes of documents, collectively totaling over 11,500 documents;

12  WHEREAS, Oura has served 52 requests for admission, and Attia has served 46 requests
13  for admission;

14  WHEREAS, Oura has served 34 interrogatories, and Attia has served 32 interrogatories;

15  WHEREAS, the Parties have collaborated extensively on scheduling and conducting
16  depositions of both parties and non-parties;

17  WHEREAS, as of the date of this Stipulation, the parties have collectively conducted
18  seven depositions with approximately four more scheduled before October 28, 2025;

19  WHEREAS, the parties have managed to informally resolve the majority of their discovery
20  disputes without intervention from the Court or the assigned Magistrate Judge;

21  WHEREAS, the Parties have also retained experts and are diligently working with them to
22  produce the expert reports in a timely manner;

23  WHEREAS, despite the Parties' consistent and good-faith efforts to abide by the deadlines
24  set by the Court, the Parties agree there is good cause to adjust certain case deadlines;

25  WHEREAS, the fact discovery cut off in this case is October 24, 2025;

26  WHEREAS, the Parties anticipate they will largely complete fact discovery by that date,
27  except for the deposition of Eurie Kim, which the Court ordered may occur on October 28, 2025;

28

**1**  WHEREAS, the Parties also seek to depose non-party Matthew Walker who due to
**2**  scheduling conflicts cannot sit for a deposition until November 4, 2025;

**3**  WHEREAS, On October 6, 2025 Attia issued a notice of deposition for Oura's general
**4**  counsel Avonte Campinha-Bacote.  On October 7, 2025, the parties submitted a joint letter brief to
**5**  the Court addressing Attia's request for a deposition of Mr. Campinha-Bacote.  The court has yet
**6**  to issue an order on the joint letter brief;

**7**  WHEREAS, under Local Rule 37-3, "a 'discovery cut-off' is the date . . . by which all
**8**  depositions must be concluded[]";

**9**  WHEREAS, the deadline to exchange opening expert reports is November 8, 2025[1], which
**10**  is approximately two weeks after the fact discovery deadline;

**11**  WHEREAS, the testimony of Eurie Kim and Matt Walker is relevant to the parties'
**12**  upcoming expert reports, and both Parties' experts will benefit from a minor continuance of the
**13**  opening expert report deadline to November 21, 2025, in order to incorporate materials from fact
**14**  discovery into their reports;

**15**  WHEREAS, in the interest of fairness and continuity, if the Court grants this minor
**16**  continuance, then the Parties also request to adjust the remaining schedule accordingly as set forth
**17**  below;

**18**  WHEREAS, the Parties are also diligently pursuing a date to complete the court-mandated
**19**  alternative dispute resolution process;

**20**  WHEREAS, given the pre-exiting case deadlines and events, including depositions, as well
**21**  as travel schedules, the Parties propose a minor continuance of the deadline to complete ADR to
**22**  December 19, 2025;

**23**  WHEREAS, the deadline for the hearing on dispositive motions is January 22, 2026;

**24**  WHEREAS, Local Rule 7-2(a) requires that "all motions must be filed, served and noticed
**25**  in writing . . . for hearing not less than 35 days after filing of the motion."

**26**

---

[1] The Parties note that this deadline falls on a Saturday.  If the Court rejects this Stipulation, the Parties will construe this deadline to fall on that Friday – November 7, 2025.

**1**  WHEREAS, under the current Scheduling Order, the deadline to file a dispositive motion

**2**  is December 18, 2025;

**3**  WHEREAS, any opposition would be due on or about January 1, 2026;

**4**  WHEREAS, Parties' counsel each have pre-planned family vacations between December

**5**  20 and January 1, 2026;

**6**  WHEREAS, the Parties respectfully request that the dispositive motion hearing deadline

**7**  be reset February 26, 2026 with the last date to file any dispositive motion to be set to January 22,

**8**  2026;

**9**  WHEREAS, the Parties' proposed changes to the dispositive motion-related dates comply

**10**  with the Court's guidance in its Civil Standing Order, which provides there should be "at least

**11**  twelve weeks between the proposed dispositive and Daubert motions hearing deadline and the

**12**  proposed final pretrial conference;"

**13**  WHEREAS, the Parties' proposed changes to the Scheduling Order would not disrupt the

**14**  dates for the Pretrial Conference or Jury Trial, which are set for May 19, 2026, at 3:00 p.m., and

**15**  June 1, 2026, at 8:30 a.m., respectively;

**16**  WHEREAS, pursuant to Local Rule 6-2(a)(2), the Parties have only requested one prior

**17**  modification to the scheduling order, which the Court granted (ECF 106);

**18**  THEREFORE, the parties hereby stipulate and agree to the following proposed schedule:

| Event | Deadline Set in Scheduling Order | Proposed New Date |
|---|---|---|
| Deposition of Matthew Walker | N/A | November 4, 2025 |
| Exchange of Opening Expert Reports | November 8, 2025 | November 21, 2025 |
| Exchange of Rebuttal Expert Reports | November 23, 2025 | December 12, 2025 |
| Deadline to Complete ADR | December 8, 2025 (as ordered by the Court at ECF 71) | December 19, 2025 |
| Close of Expert Discovery | December 8, 2025 | December 24, 2025 |
| Deadline to File Dispositive Motion(s) | December 18, 2025 | January 22, 2026 |
| Dispositive Motion Hearing Deadline | January 22, 2026 at 2:00 p.m. | February 26, 2026 at 2:00 p.m. |

**28**  / / /

**IT IS SO STIPULATED.**

DATED: October 20, 2025          COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/ Benjamin C. Pulliam*
     BENJAMIN C. PULLIAM
     Attorneys for Plaintiff
     DR. PETER ATTIA

DATED: October 20, 2025          BUCHALTER A Professional Corporation

By:  */s/ Matthew S. Covington*
     MATTHEW S. COVINGTON
     Attorneys for Defendants
     OURARING, INC. and OURA HEALTH OY

## ATTESTATION OF SIGNATURES

Pursuant to L.R. 5-1(h)(3), the other signatory to this document has concurred in the filing of this document.

DATED: October 20, 2025          COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/ Benjamin C. Pulliam*
     BENJAMIN C. PULLIAM
     Attorneys for Plaintiff
     DR. PETER ATTIA

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: 10/21/2025

_____
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE