UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ATTIA,

        Plaintiff,

v.

OURA RING INC., et al.,

        Defendants.

Case No. 23-cv-03433-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on December 2, 2025. Having considered the parties' proposals, *see* Dkt. No. 152, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | December 19, 2025 |
| Exchange of Rebuttal Expert Reports | January 23, 2026 |
| Close of Expert Discovery | February 27, 2026 |
| Dispositive Motion Hearing Deadline | May 7, 2026, at 2:00 p.m. |
| Pretrial Conference | August 18, 2026, at 3:00 p.m. |
| Jury Trial (7 days) | August 31, 2026, at 8:30 a.m. |

//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.  This
3 Order **TERMINATES** the parties' stipulation and proposed order, Dkt. No. 152.
4    **IT IS SO ORDERED.**
5 Dated:  December 3, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge