**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Charmaine G. Yu
D (415) 772-5729
cyu@coblentzlaw.com

February 7, 2026

The Honorable Lisa J. Cisneros
United States District Court
Courtroom G – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: **Dr. Peter Attia v. Oura Ring Inc., et al. | Case No. 4:23-cv-03433-HSG**
**Plaintiff's Discovery Letter Regarding ECF No. 174**

Dear Judge Cisneros:

Plaintiff Dr. Peter Attia submits this letter regarding Defendants' Discovery Letter filed last night (ECF No. 174). Defendants' Letter purports to seek relief relating to alleged violations of the Protective Order. As explained in Plaintiff's Discovery Letter filed yesterday (ECF No. 173), Defendants did not inform Plaintiff that they intended to seek relief on this issue until yesterday afternoon. Defendants' Letter Brief also includes new accusations of Protective Order violations that Defendants had never met and conferred on, or even raised until 10 PM last night. As a result, Defendants did not allow Plaintiff the opportunity to respond to Defendants' arguments, in violation of the Court's requirement that each side be allowed "adequate time to prepare its own arguments and address its adversary's arguments before submission of the letter." Standing Order, at 5.

Plaintiff intends to file a substantive response to Defendants' portion of the Discovery Letter regarding the alleged violations of the Protective Order by Wednesday (Feb. 11) by 5 PM.

DATED: February 7, 2026                COBLENTZ PATCH DUFFY & BASS LLP

By: _____
CHARMAINE G. YU
Attorneys for Plaintiff
DR. PETER ATTIA