# EXHIBIT A

# EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| From: | Redacted-Confidential |
| Sent: | 5/2/2023 3:21:07 PM |
| To: | Andrew Klaber Redacted-Confidential |
| CC: | Lacey Stenson Redacted-Confidential |
| BCC: | Redacted-Confidential |
| Subject: | Re: Oura Shareholder Meeting Instructions - May 2, 2023 EGM |

Hi Andrew and Lacey,

It sounds like the vote went through today. How are you doing Andrew? Lacey? And have you had a chance to speak with any of the other SHs?

We cannot be overly surprised. Recalling our discussion that eco-systems can stay irrational for a very long time -- and always longer than the sane expect.

I look forward to hearing your update re the mtg today and then we can discuss and plan going forward.

It's a game of attrition. We'll stay the course.

PA


> On Mon, May 1, 2023 at 1:19 PM Andrew Klaber Redacted-Confidential wrote:
> Yes, 1:30PM ET works for me. We can hop on this Google Meet link:
>
> https://meet.google.com/nrt-ejne-dwd
>
>
>
> On Mon, May 1, 2023 at 1:15 PM Paul Attia Redacted-Confidential wrote:
>> Andrew --
>>
>> Thanks for sending. Great questions.
>>
>> Can you and Lacey jump on a quick phone call? Just a few thoughts / questions? I can be free at 130 ET (i.e. in 15 min). Let me know. Thank you.
>>
>> PA
>>
>> ---------- Forwarded message ---------
>> From: **Andrew Klaber** Redacted-Confidential
>> Date: Mon, May 1, 2023 at 1:01 PM
>> Subject: Fwd: Oura Shareholder Meeting Instructions - May 2, 2023 EGM
>> To: Harpreet Rai < Redacted-Confidential >, Gordy Bal < Redacted-Confidential >, < Redacted-Confidential >, < Redacted-Confidential >, Jeffrey Liddle < Redacted-Confidential >, Masahiro TAN CT < Redacted-Confidential >, Ethan PARK JR < Redacted-Confidential >, Ian Charles < Redacted-Confidential >, Anna Patterson < Redacted-Confidential >, Zach Patton < Redacted-Confidential > Lacey Stenson Redacted-Confidential Paul Attia Redacted-Confidential

I submitted the below questions to Oura management through the Lumi portal; if you have questions for Oura management, make sure to submit them by 4PM PST today (May 1st):



---------- Forwarded message ---------
From: **Oura Shareholder Meeting** <agm@ouraring.com>
Date: Mon, May 1, 2023 at 12:01 PM
Subject: Oura Shareholder Meeting Instructions - May 2, 2023 EGM
To: Andrew Klaber   **Redacted-Confidential**

Dear Oura Health Oy Shareholder,

Thank you for confirming your attendance at our upcoming Extraordinary General Meeting (EGM) of the shareholders that will be held remotely on **May 2, 2023 starting at 16:00 EEST/ 6:00am PST.**

Participation at the shareholders meeting will take place through a Google Meet video conference. For full meeting functionality, please participate via the meeting link provided below.

**Google meeting link:** meet.google.com/ysu-tmvu-rhv

**To join by phone** (n*ote, there will be limited functionality by phone*)
(US) +1 402-922-6464 PIN: 578 130 912#
(FI) +358 9 23132550 PIN: 714 998 562 8346#

Please be advised that for this EGM we will be using Lumi as a system of record for shareholder participation, questions and voting. **Please login to Lumi prior to the meeting to ensure you are able to access the platform.** Your unique username and passcode are provided below. You may submit any

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                ATTIA0009669

questions through Lumi that you would like us to address. If you plan to submit a question, please do so prior to 4:00pm PST May 1.

**Lumi login link:** https://web.lumiagm.com/435503129

Username: Redacted-Confidential
Passcode: 334767

If you have any questions or if you experience any issues accessing Lumi, please contact us at AGM@ouraring.com.

Best,
Oura Health Oy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    ATTIA0009670