# EXHIBIT 53

# PROVISIONALLY FILED UNDER SEAL