# EXHIBIT 58

# PROVISIONALLY FILED UNDER SEAL