1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   WILLIAM C. PRICE (Bar No. 108542)
2  DIANE CAFFERATA (Bar No. 190081)
   SEAN TAHERI (Bar No. 293912)
3  865 S. Figueroa Street, 10th Floor
   Los Angeles, California 90017
4  Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100
   williamprice@quinnemanuel.com
6  dianecafferata@quinnemanuel.com
   seantaheri@quinnemanuel.com
7
   Attorneys for Defendants
8  Oura Ring, Inc. and Oura Health Ltd.

9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA, | Case No. 4:23-cv-03433-HSG |
| Plaintiff, | **DECLARATION OF DIANE CAFFERATA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| OURA RING, INC., and OURA HEALTH LTD., | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

# DECLARATION OF DIANE CAFFERATA

I, Diane Cafferata, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendants Ouraring, Inc. and Oura Health Oy. I am a member in good standing of the State Bar of California. I have access to the litigation files in this matter, which are maintained by the firm in the regular course of business. Therefore, except where stated upon information and belief, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3. Defendants seek to provisionally file under seal the following materials, which were designated (or refer to material designated) by Plaintiff Peter Attia ("Plaintiff") as "Confidential or "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulated Protective Order in this action:

| Document | Portion(s) to Seal | Designating Party |
|---|---|---|
| Defendants' Motion to Modify the Scheduling Order [ECF 63, 158] and for Leave to File Third Amended Answer and Counterclaims to Plaintiff's Second Amended Complaint | Highlighted Portions:<br><br>Pages:<br>1:7-10<br>5:6, 7-8, 9-10, 11-13, 14-17,<br>6:18-22, 23-25, 25-27, 28<br>7:1-2, 2-4, 5-6, 7<br>8:23-24<br>9:2, 4, 6, 9, 12-13, 14<br>11:12-14, 28<br>12:1, 12-13<br>15:17<br>17:3-6<br>18:20<br>21:21, 23, 24-25, 26<br>23:23 | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY |
| Exhibit 1 to Declaration of Diane Cafferata [ECF No. 200-1] | Highlighted Portions<br><br>Pages:<br>19:26-27<br>21:8-9<br>23:9-12<br>25:27-28<br>26:1, 3-5<br>28:11-13, 13-5, 17-18, 19-21 | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY |

| | | | |
|---|---|---|---|
| | | 29:15-16, 17-19, 20-26<br>30:8, 9, 10<br>35:14, 15<br>37:19-20, 20-21, 23-24<br>38:6 | |
| | Exhibit 2 to Declaration of Diane Cafferata [ECF No. 200-2] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL or HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY |
| | Exhibit 6 to Declaration of Diane Cafferata [ECF No. 200-6] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| | Exhibit 11 to Declaration of Diane Cafferata [ECF No. 200-11] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| | Exhibit 14 to Declaration of Diane Cafferata [ECF No. 200-14] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| | Exhibit 15 to Declaration of Diane Cafferata [ECF No. 200-15] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| | Exhibit 48 to Declaration of Diane Cafferata [ECF No. 201-23] | Highlighted Portions<br><br>Pages:<br>3: Table of Contents VII A, D<br>9 ¶ 13<br>17 ¶ 28 A, D<br>18 ¶ 29<br>39 ¶ 64, VII D<br>43 ¶ 75<br>65 ¶ 120 A, D | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| | Exhibit 49 to Declaration of Diane Cafferata [ECF No. 201-24] | Highlighted Portions<br><br>Pages:<br>19:26-27<br>21:8-9<br>23:9-12<br>25:27-28<br>26:1, 3-5<br>28:11-13, 13-5, 17-18, 19-21<br>29:15-16, 17-19, 20-26<br>30:8, 9, 10<br>35:14, 15<br>37:19-20, 20-21, 23-24<br>38:6 | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL or HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY |

| | | |
|---|---|---|
| Exhibit 53 to Declaration of Diane Cafferata [ECF No. 202-3] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 54 to Declaration of Diane Cafferata [ECF No. 202-4] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 55 to Declaration of Diane Cafferata [ECF No. 202-5] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 56 to Declaration of Diane Cafferata [ECF No. 202-6] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 57 to Declaration of Diane Cafferata [ECF No. 202-7] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 58 to Declaration of Diane Cafferata [ECF No. 202-8] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL |
| Exhibit 59 to Declaration of Diane Cafferata [ECF No. 202-9] | Entire document | Contains confidential business information designated by PLAINTIFF as CONFIDENTIAL; and/or private |

4. Unredacted versions of the aforementioned materials are submitted in conjunction with the administrative motion and are being served on Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on March 12, 2026, at Los Angeles, California.

*Diane Cafferata* (signature)
Diane Cafferata