**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
WILLIAM C. PRICE (Bar No. 108542)
DIANE CAFFERATA (Bar No. 190081)
SEAN TAHERI (Bar No. 293912)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
dianecafferata@quinnemanuel.com
seantaheri@quinnemanuel.com

Attorneys for Defendants
Oura Ring, Inc. and Oura Health Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>　　　　Defendants. | Case No. 4:23-cv-03433-HSG<br><br>**DECLARATION OF DIANE CAFFERATA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr. |

# DECLARATION OF DIANE CAFFERATA

I, Diane Cafferata, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendants Ouraring, Inc. and Oura Health Oy. I am a member in good standing of the State Bar of California. I have access to the litigation files in this matter, which are maintained by the firm in the regular course of business. Therefore, except where stated upon information and belief, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal.

3. I am informed and believe that the contents of the Exhibits below contain or reflect Oura Health's confidential business information, the disclosure of which may be harmful to Oura Health's interests. I therefore believe that good cause exists to seal these materials pursuant to Federal Rule of Civil Procedure 26(c), as incorporated by the Stipulated Protective Order entered in this action. See ECF No. 68 ¶ 2.2; *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("A 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions."). I am not aware of any less restrictive means of protecting Oura Health's interests other than sealing these materials in their entirety.

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Defendants' Motion to Modify the Scheduling Order [ECF 63, 158] and For Leave to File Third Amended Answer and Counterclaims to Plaintiff's Second Amended Complaint [ECF No. 199] | Highlighted Portions<br><br>5:23-28;<br>6:1-2 | Contains confidential business information designated by Oura as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY |
| Exhibit 1 to First Declaration of Diane Cafferata [ECF No. 200-1] | Highlighted Portions<br><br>35:16-17, 27-28, n.16. | Contains confidential business information designated by Oura as CONFIDENTIAL |
| Exhibit 12 to First Declaration of Diane Cafferata [ECF No. 200-12] | Entire Document | Contains confidential business information designated by Oura as CONFIDENTIAL |

| | | |
|---|---|---|
| Exhibit 13 to First Declaration of Diane Cafferata [ECF No. 200-13] | Highlighted Portions | Contains confidential business information designated by Oura as CONFIDENTIAL |
| Exhibit 16 to First Declaration of Diane Cafferata [ECF No. 200-13] | Highlighted Portions | Contains confidential business information designated by Oura as CONFIDENTIAL |
| Exhibit 49 to Second Declaration of Diane Cafferata [ECF No. 201-24] | Highlighted Portions<br><br>35:16-17, 27-28, n.16. | Contains confidential business information designated by Oura as CONFIDENTIAL |
| Exhibit 50 to Second Declaration of Diane Cafferata [ECF No. 201-25] | Entire Document | Contains confidential business information designated by Oura as CONFIDENTIAL |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on March 12, 2026, at Los Angeles, California.

*[Signature]*
Diane Cafferata