**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DR. PETER ATTIA, | Case No. 4:23-cv-03433-HSG |
|        Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|    vs. | |
| OURA RING, INC., and OURA HEALTH LTD., | |
|        Defendants. | |

Before the Court is Defendants Ouraring Inc. and Oura Health Oy's administrative motion to seal portions of Defendants' Motion to Exclude Testimony of Plaintiff's Expert Elizabeth A. Dean (the "Motion"), and Exhibits to the Declaration of Diane Cafferata in support of that motion.

Having considered the papers, and good cause having been found, the Court **GRANTS** the motion and **ORDERS** as follows:

The following materials shall remain sealed on the public docket:

**ECF. 190**

| Document | Portion(s) to Seal | Ruling |
|---|---|---|
| Exhibit 3 to Declaration of Diane Cafferata [ECF No. 191-23] | Entire Document | |

**IT IS SO ORDERED.**

DATED: _____

_____
Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL