**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
WILLIAM C. PRICE (Bar No. 108542)
DIANE CAFFERATA (Bar No. 190081)
SEAN TAHERI (Bar No. 293912)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
dianecafferata@quinnemanuel.com
seantaheri@quinnemanuel.com


Attorneys for Defendants
Oura Ring, Inc. and Oura Health Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DR. PETER ATTIA,<br><br>        Plaintiff,<br><br>    v.<br><br>OURA RING, INC., and OURA HEALTH LTD.,<br><br>        Defendants. | Case No. 4:23-CV-03433-HSG<br><br>**JOINT STIPULATION AND ORDER GRANTING EXTENSION FOR DEFENDANTS TO SUBMIT REPLIES TO MOTIONS AT [ECF 188, 189, 190] PURSUANT TO CIVIL L. R. 6-2 AND 7-12** |

Plaintiff Dr. Peter Attia ("Plaintiff") and Defendants Ouraring Inc. and Oura Health Oy ("Defendants") (collectively, the "Parties") hereby enter this Stipulation reflecting Plaintiff's written consent to extend the deadline for Defendants' filing of their replies to Defendants' Motions to Exclude Plaintiff's Experts Charles R. Taylor, Efrat Kasznik, and Elizabeth Dean [ECF 188, 189, 190] (collectively the "Motions") from March 30, 2026 to April 1, 2026.

WHEREAS, Defendants filed the Motions on March 7, 2026, with oppositions due on March 23, 2026, and replies due on March 30, 2026;

WHEREAS, the hearing on the Daubert Motions is currently scheduled for May 7, 2026 at 2:00 p.m. PT, approximately six weeks from the date of this stipulation;

WHEREAS, Defendants' counsel requires a brief additional two-day period to complete the Daubert reply brief due to unanticipated scheduling conflicts;

WHEREAS, a two-day extension would move the reply brief deadline from Monday, March 30, 2026 to Wednesday, April 1, 2026;

WHEREAS, pursuant to Local Rule 6-2(a)(2), the Parties have requested six prior time modifications by stipulation, which the Court granted (ECF 19, 85, 106, 124, 134, 158);

WHEREAS, pursuant to Local Rule 6-2(a)(2), Defendants have requested one time modification by court order, which the Court granted (ECF 161);

WHEREAS, this brief extension will have no practical effect on the hearing date or any other case deadline, and will not prejudice any party;

WHEREAS, Plaintiff has provided written consent to the requested extension.

**NOW, THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY AGREE AND STIPULATE AS FOLLOWS, SUBJECT TO APPROVAL OF THE COURT:**

Defendants are **GRANTED** an extension to file their replies to the Motions [ECF 188-190] until April 1, 2026.

DATED:  March 26, 2026                    Respectfully submitted,

                                          COBLENTZ PATCH DUFFY & BASS LLP


                                          By  /s/Charmaine G. Yu
                                              Charmaine G. Yu

                                          Attorneys for Plaintiff

DATED:  March 26, 2026                    Respectfully submitted,

                                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                          By  _Diane Cafferata_
                                              Diane Cafferata

                                          Attorneys for Defendants

-3-                                                    Case No. 4:23-CV-03433-HSG

## ORDER

The Court, having reviewed the foregoing Stipulation and finding good cause therefor, hereby ORDERS as follows:

The deadline for Defendants to file their Daubert reply briefs is extended by two (2) days, from **Monday, March 30, 2026** to **Wednesday, April 1, 2026**. All other case deadlines and the hearing date shall remain unchanged.

**IT IS SO ORDERED.**

DATED:  3/27/2026

By:_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Case No. 4:23-CV-03433-HSG
JOINT STIPULATION AND ORDER GRANTING EXTENSION FOR DEFENDANTS TO SUBMIT REPLIES TO MOTIONS AT [ECF 188, 189, 190] PURSUANT TO CIVIL L. R. 6-2 AND 7-12