RICHARD R. PATCH (State Bar No. 88049)
CHARMAINE G. YU (State Bar No. 220579)
BENJAMIN C. PULLIAM (State Bar No. 294628)
SARAH E. PETERSON (State Bar No. 309733)
OLIVER W. HAMILTON (State Bar No. 340054)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-cgy@cpdb.com
       ef-bcp@cpdb.com
       ef-sep@cpdb.com
       ef-owh@cpdb.com
       ef-egc@cpdb.com

Attorneys for Plaintiff
DR. PETER ATTIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

DR. PETER ATTIA,

            Plaintiff,

      v.

OURA RING, INC., and OURA HEALTH LTD.,

            Defendants.

Case No. 4:23-cv-03433-HSG-LJC

**~~[PROPOSED]~~ ORDER RE: PLAINTIFF DR. PETER ATTIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Magistrate Judge Lisa J. Cisneros

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# [PROPOSED] ORDER

Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed concerning portions of Plaintiff's Opposition to Motion to Retain Confidentiality Designations, as well as documents attached to the Declaration of Oliver Hamilton in Support of Opposition to Motion to Retain Confidentiality Designations, the Court hereby rules as follows:

| Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|
| Opposition to Motion to Retain Confidentiality Designations | Yellow highlighted portions at p. 10:1-11. | DENIED |
| Opposition to Motion to Retain Confidentiality Designations | Yellow highlighted portions at p. 17:13-16. | GRANTED |
| Opposition to Motion to Retain Confidentiality Designations | Yellow highlighted portions at p. 17:23-26. | GRANTED |
| Declaration of Oliver Hamilton, Ex. C. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. D. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. E. | Entire Document | DENIED |
| Declaration of Oliver Hamilton, Ex. F. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. G. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. H. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. I. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. J. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. K. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. L. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. M. | Entire Document | GRANTED |
| Declaration of Oliver Hamilton, Ex. N. | Entire Document | DENIED |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Case No. 4:23-cv-03433-HSG-LJC

**[PROPOSED] ORDER RE: PLAINTIFF DR. PETER ATTIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**IT IS SO ORDERED**.

DATED: March 30, 2026

_____
THE HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

Case No. 4:23-cv-03433-HSG-LJC

[PROPOSED] ORDER RE: PLAINTIFF DR. PETER ATTIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED