UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ATTIA,

Plaintiff,

v.

OURARING INC., et al.,

Defendants.

Case No. 23-cv-03433-HSG  (LJC)

**ORDER GRANTING MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**

Re: Dkt. No. 236

Before the Court is Plaintiff Peter Attia's motion to retain the confidentiality designations of portions of Plaintiff's expert report from Charles R. Taylor (the Taylor Report). ECF No. 236. The matter is fully briefed and suitable for resolution without oral argument. *See* Civil L.R. 7-1(b). Having considered the parties' arguments, the record in this case, and the relevant legal authorities, the Court GRANTS Plaintiff's motion.

The Court assumes the parties' familiarity with the case's procedural and factual background, and refers the parties to its prior order at ECF No. 294 for the applicable legal standard. Plaintiff initially requested to keep approximately twenty words in the Taylor Report confidential: a portion of a sentence identifying one of Plaintiff's patients, and Plaintiff's subscriber counts for his newsletter from two different months. *See* ECF No. 237-2. Plaintiff has since withdrawn his request to keep the identification of the patient confidential as the patient "already self-identified in social media as one of Plaintiff's patients," and now only requests that the subscriber counts remain confidential. ECF No. 289 at 2. The Court has already found that Plaintiff adequately demonstrated that this subscriber information may remain confidential. *See* ECF No. 294 at 4-5. While the subscriber information in the Taylor Report is more limited than the data set showing subscriber counts at issue in the prior motion to retain confidentiality, it

makes little sense to keep the overall data set confidential but force Plaintiff to reveal this information piece by piece.  To paraphrase Plaintiff, "[t]he fact that releasing *more* confidential data is *more* harmful does not mean" that releasing a limited amount of confidential data is not harmful.  ECF No. 289 at 3.  As explained in the previous order, the public's interest in disclosure does not outweigh Plaintiff's interest in keeping this information confidential.  *See* ECF No. 294 at 4; *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 424 (9th Cir. 2011).  Plaintiff may keep the subscriber data in Taylor Report designated as confidential.

**IT IS SO ORDERED.**

Dated: April 22, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2