UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Peter Attia _____ ,

Plaintiff,

v.

Ouraring Inc., et al. _____ ,

Defendant.

Case No. 4:23-cv-03433-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Ouraring Inc., Oura Health Ltd. , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Sidley Austin LLP: Jon Dean, Kevin Rubino, Lauren De Lilly, Nicole Ryan, Naomi Igra

Name(s) of counsel withdrawing from representation and firm name:

Quinn Emanuel: Diane Cafferata, William Price, Sean Taheri

Date: July 2, 2026 _____

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____ 7/6/2026 _____     _____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California