United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ATTIA,

Plaintiff,

v.

OURARING INC., et al.,

Defendants.

Case No. 23-cv-03433-HSG (LJC)

**ORDER STRIKING PLAINTIFF'S NON-COMPLIANT FILINGS AT ECF NOS. 185 AND 185-1**

Re: Dkt. Nos. 183, 185, 185-1.

On February 19, 2026 the Court issued an order that resolved disputes concerning alleged violations of the protective order and addressed certain administrative motions to seal. ECF No. 183.[1] Among other things, the Court denied Plaintiff's administrative motion to seal portions of its letter brief filed at ECF No. 174 as well as Exhibit 8 to the Declaration of Charmaine G. Yu in Support of Plaintiff's Letter Brief, ECF No. 176. Accordingly, the Court ordered Plaintiff to file no later than February 27, 2026 unredacted versions of the discovery letter and supporting declaration previously filed on February 11, 2026 at ECF Nos. 177 and 177-1. ECF No. 183 at 3. Instead, Plaintiff filed nearly identical versions of the discovery letter and supporting declaration that both contained new dates, February 24, 2024, reflecting the date of re-filing, as opposed to the date that the letter and declaration were originally signed. *See* ECF No. 185 and 185-1. Plaintiff's February 24, 2026 filings are not compliant with the Court's order because they are not the identical, unredacted versions of material filed on February 11, 2026 as attachments to Plaintiff's administration motion to seal at ECF Nos. 176-4 and 176-5.

[1]Also in its February 19, 2026 Order, the Court explained that the filings at ECF Nos. 143, 173, and 173-1 would not be kept under seal. ECF No. 183 at 3. These filings will according be unlocked and made available on the public docket.

Accordingly, the erroneous and non-compliant discovery letter filed at ECF Nos. 185 is stricken and to correct the docket and bring it into to compliance with the Court's order, the Court sua sponte files the unredacted letter previously filed under seal at ECF No. 176-4 as Attachment A to this Order. The supporting declaration containing the new date, as well as its exhibits, filed at ECF No. 185-1, are stricken. The unredacted Exhibit 8, previously filed under seal at ECF No. 176-5, is filed by this Court as Attachment B to this Order.

Additionally, the Court directs Plaintiff to take care, following the Court's denial of the entirety of an administrative motion to seal, to re-file unredacted versions of filings that were previously filed under seal as attachments to administrative motions to seal and to forgo any modifications to the original filed document. Ordinarily, unless the Court grants in full or in part a motion to seal, the unredacted versions of the subject documents that were filed provisionally under seal as attachments to the administrative motion to file under seal shall be re-filed on the public docket with no modifications. If the Court grants in part a motion to seal, the order will explain what portions are approved for sealing, and the version that is refiled on the public docket shall be modified only to the extent necessary to redact information that has been approved for sealing and to remove redactions where the Court has ordered that certain information shall be visible to the public. For more information regarding the process for filing under seal, the Court directs that parties to the Court's webpage addressing e-filing case documents, https://cand.uscourts.gov/cases-e-filing/cmecf-information/e-filing-case-documents.

**IT IS SO ORDERED.**

Dated: July 21, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California