United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ATTIA,<br>Plaintiff,<br>v.<br>OURARING INC., et al.,<br>Defendants. | Case No. 23-cv-03433-HSG<br>**ORDER REGARDING TRIAL SCHEDULE**<br>Re: Dkt. Nos. 349 |

Pending before the Court is Defendants' motion to continue the trial date. Dkt. No. 349. The Court currently has a trial set in a case older than this one that appears very likely to proceed and conflicts with the trial date in this case. The Court therefore **VACATES** the trial set to begin on August 31, 2026, the pretrial conference set for August 18, 2026, and all related deadlines.

In opposing Defendants' motion, Plaintiff states that "the next available window" he could make himself available for trial is the first two weeks of February 2027. Dkt. No. 356-2 ("Attia Decl.") ¶ 5. Accordingly, the Court **SETS** a 7-day jury trial beginning on February 1, 2027, at 8:00 a.m. in Oakland, Courtroom 2, 4th Floor. The Court further **SETS** a pretrial conference for January 19, 2027, at 3:00 p.m. in Oakland, Courtroom 2, 4th Floor. This order **TERMINATES AS MOOT** Defendants' motion to continue the trial date. Dkt. No. 349.

**IT IS SO ORDERED.**

Dated: 7/27/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge