UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ATTIA,

Plaintiff,

v.

OURARING INC., et al.,

Defendants.

Case No. 23-cv-03433-HSG (LJC)

**ORDER RESOLVING SEVEN SEALING MOTIONS**

**ECF NOS.: 141, 142, 143, 194, 195, 237, 239**

Courts apply a "good cause" standard when evaluating requests to seal portions of nondispositive motions. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (although "[t]hose who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that compelling reasons support secrecy" a showing of "good cause" suffices to "keep sealed records attached to non-dispositive motions."). Having reviewed the parties' pending sealing motions requesting that portions of discovery letter briefs and materials attached to discovery letter briefs be kept under seal, and applying the good cause standard, the undersigned rules as follows:

1. Defendants' administrative motion to consider whether Plaintiff's material should be sealed, filed at ECF No. 141, is GRANTED.
2. Plaintiff's administrative motion to consider whether Defendants' material should be sealed, filed at ECF No. 142, is GRANTED in part. Exhibits 2 and 3 to the parties' joint letter brief at ECF No. 143 shall remain under seal. As Defendants did not provide a basis for sealing Exhibits 4 and 5, these shall not remain sealed. Within five

United States District Court
Northern District of California

business days of this order, Plaintiff shall review Exhibits 4 and 5 on the public docket.

3. The sealing requests at ECF Nos. 194 and 195 are GRANTED.

4. Plaintiff's administrative sealing motion at ECF No. 237 is GRANTED.

5. Plaintiff's administrative sealing motion at ECF No. 239 is GRANTED.

**IT IS SO ORDERED.**

Dated: September 28, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California